UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BRAULIO MIGUEL GUAMAN POMA,
*individually and on behalf of others similarly situated,*

24 Civ. 3536 (AEK)

*Plaintiff*,

**JUDGMENT**

-against-

ALL SEASONS ROOFING AND SIDING INC.
(D/B/A ALL SEASONS ROOFING & SIDING), LUIS ESPINOZA,

*Defendants*,
---------------------------------------------------------------X

**JUDGMENT**

On January 14, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, BRAULIO MIGUEL GUAMAN POMA, have judgment against ALL SEASONS ROOFING AND SIDING INC. (D/B/A ALL SEASONS ROOFING & SIDING) and LUIS ESPINOZA, jointly and severally, in the amount of Forty Thousand Dollars and No Cents ($40,000.00), which is inclusive of attorneys' fees and costs.

Dated:     January 14 , 2025

_____
HON. ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE